UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDY MICULAX, Individually and on Behalf
of All Other Persons Similarly Situated,                    CV- 09-04420 (ARR) (JO)

                      Plaintiffs,

                                                                                    **ANSWER**

                - against -

THE ORIGINAL PIZZA OF AVENUE L, INC.,
BENEDITTO FONTARA and JOHN DOES #
1-10, Jointly and Severally,

                      Defendants.
-----------------------------------------------------------------X

S I R S:

      PLEASE TAKE NOTICE, that Defendants, The Original Pizza of Avenue L, Inc. and Benedetto Fontana s/h/a Beneditto Fontara, by their attorneys, Edward K. Blodnick & Associates, P.C., for their Answer to the Complaint, allege:

      1.     Deny the allegations set forth in Paragraphs 1, 2, 9, 13-18, 20-26, 29-30, 33-36, 41-46, 48-50 of the Complaint.

      2.     Deny knowledge or information sufficient to form a belief as to the truth of the matters contained in Paragraphs 6, 10-12, 19, 27-28, 31-32, 37-38, 40, 47 and 51.

WHEREFORE, Defendants demand judgment dismissing the Complaint together with costs and disbursements.

Dated: Garden City, New York
      November 4, 2009

                          Yours, etc.
                          EDWARD K. BLODNICK & ASSOCIATES, P.C.

                          By: _____
                              Edward K. Blodnick
                          Attorneys for Defendants
                          1205 Franklin Avenue, Suite 110
                          Garden City, New York 11530
                          516-248-0022

TO:    GOTTLIEB & ASSOCIATES
         Attorneys for Plaintiffs
         150 East 18th Street, Suite PHR
         New York, New York 10003
         212-228-9795