UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDY MICULAX, Individually and on Behalf
of All Other Persons Similarly Situated,           CV- 09-04420 (ARR) (JO)

                        Plaintiffs,

                                                   **AMENDED ANSWER**

            - against -

THE ORIGINAL PIZZA OF AVENUE L, INC.,
BENEDITTO FONTARA and JOHN DOES #
1-10, Jointly and Severally,

                        Defendants.
-----------------------------------------------------------------X

S I R S :

PLEASE TAKE NOTICE, that Defendants, The Original Pizza of Avenue L, Inc. and Beneditto Fontana s/h/a Beneditto Fontara, by their attorneys, Edward K. Blodnick & Associates, P.C., for their Answer to the Complaint, allege:

1. Deny the allegations set forth in Paragraphs 1, 2, 9, 13-18, 20-26, 29-30, 33-36, 41-46, 48-50 of the Complaint.

2. Deny knowledge or information sufficient to form a belief as to the truth of the matters contained in Paragraphs 6, 10-12, 19, 27-28, 31-32, 37-38, 39, 40, 47 and 51.

WHEREFORE, Defendants demand judgment dismissing the Complaint together with costs and disbursements.

Dated: Garden City, New York
November 10, 2009

                                            Yours, etc.
                                            EDWARD K. BLODNICK & ASSOCIATES, P.C.

                                            By: _____
                                                Edward K. Blodnick
                                            Attorneys for Defendants
                                            1205 Franklin Avenue, Suite 110
                                            Garden City, New York 11530
                                            516-248-0022

TO:    GOTTLIEB & ASSOCIATES
           Attorneys for Plaintiffs
           150 East 18th Street, Suite PHR
           New York, New York 10003
           212-228-9795