UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDY MICULAX

                                      Plaintiff,                09-CV-4420 (ARR) (JO)

                  -against-                          **STIPULATION**
                                                                         **OF DISMISSAL**

ORIGINAL PIZZA OF AVENUE L, BENEDITTO
FONTANA and John Does #1-10 Jointly and Severally,

                                    Defendants.
-----------------------------------------------------------------x

       The undersigned counsel for the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above-captioned action is dismissed in its entirety, with prejudice, pursuant to a Stipulation of Settlement dated as of November 30, 2009. It is further stipulated and agreed that this Court shall retain jurisdiction for the purpose of enforcement of the parties's respective rights and obligations thereunder.

Dated: Garden City, New York
          ~~November~~ December 4, 2009

Plaintiff Edy Micalux,
by his attorneys

~~Jeffrey~~ Gottlieb & Associates

By: _____
Jeffrey Gottlieb, Esq. (jg7905)

    Attorneys for Plaintiff
    150 E. 18th Street
    Suite PHR
    New York, NY 10003
    (212) 228-9795

Defendants Original Pizza of Avenue L and
Beneditto Fontana, by their attorneys,

Edward K. Blodnick & Associates, P.C.

By: _____
Thomas R. Fazio, Esq. (tf____)

    Attorneys for Defendants
    Original Pizza of Avenue L and
    Beneditto Fontana
    1205 Franklin Avenue, Suite 110
    Garden City, New York 11530
    (516) 248-0022