D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDY MICULAX

                      Plaintiff,          09-CV-4420 (ARR) (JO)

      -against-                    **STIPULATION**
                                        **OF DISMISSAL**

ORIGINAL PIZZA OF AVENUE L, BENEDITTO
FONTANA and John Does #1-10 Jointly and Severally,

                      Defendants.
--------------------------------------------------------------x

The undersigned counsel for the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above-captioned action is dismissed in its entirety, with prejudice, pursuant to a Stipulation of Settlement dated as of November 30, 2009. It is further stipulated and agreed that this Court shall retain jurisdiction for the purpose of enforcement of the parties's respective rights and obligations thereunder.

Dated: Garden City, New York
       November 4, 2009 [handwritten: December]

Plaintiff Edy Micalux,                            Defendants Original Pizza of Avenue L and
by his attorneys                                         Beneditto Fontana, by their attorneys,

Jeffrey Gottlieb & Associates                  Edward K. Blodnick & Associates, P.C.

By: _[signature]_                                              By: _[signature]_
Jeffrey Gottlieb, Esq. (jg7905)                Thomas R. Fazio, Esq. (tf?871)

Attorneys for Plaintiff                                       Attorneys for Defendants
150 E. 18th Street                                                 Original Pizza of Avenue L and
Suite PHR                                                         Beneditto Fontana
New York, NY 10003                                    1205 Franklin Avenue, Suite 110
(212) 228-9795                                                    Garden City, New York 11530
                                                                 (516) 248-0022

[handwritten:] So ordered.   s/ ARR
12/15/09

USDJ